```
1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 08-45164 EDJ |
|---|---|
| **ADAIR CHRISTIAN LAYNE and LAURA CATHERINE NUTLEY,** | Chapter 13 |
| Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |
| _____/ | _____ |

I, Laura Nutley, declare:

   1. I am one of the debtors in the above-captioned case.

   2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

   3. At the time I filed my chapter 13 case, on September 16, 2008, I was the owner of the real property located at 510 Napa St., Rodeo, CA, 94572 (the "property").

   4. On June 5, 2009, I had the property appraised by Michelle Metcalf. The appraisal lists the value as of September 16, 2008. A copy of the appraisal, which reflects a fair market value of $260,000.00 is attached hereto as Exhibit A and made a part hereof.

   5. The property is encumbered by a First Deed of Trust in favor

1  of Countrywide Home Loans, Inc. ("Countrywide") in the sum of
2  $392,714.46, as evidenced by its proof of claim filed on November 12,
3  2008, a copy of which is attached as Exhibit B and made a part hereof.
4      6. CitiFinancial, Inc. ("Citi") is the beneficiary of a Second
5  Deed of Trust against the property in the sum of $108,406.11, as
6  evidenced by its proof of claim filed on December 11, 2008, a copy of
7  which is attached as Exhibit C and made a part hereof.
8      I declare under penalty of perjury under the laws of the State of
9  California that the foregoing is true and correct.
10 Dated: June 12, 2009                    /s/ Laura Nutley
                                           Laura Nutley